# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In the Matter of:      In Bankruptcy:

**INTEGRATED HEALTH GROUP, P.C.**      Case No. 15-53145-mlo
     Chapter 7
    Debtor      Hon. Maria L. Oxholm

_____/

## STIPULATED ORDER RESOLVING CLAIM NO. 18

This matter came before this Court upon the Stipulation entered into between the Chapter 7 Trustee and creditor Hussein A. Huraibi, MD PLLC. The Court being otherwise duly advised in the premises:

**IT IS HEREBY ORDERED** that proof of claim number 18 filed by Hussein A. Huraibi, MD PLLC is allowed as an administrative expense claim in the amount of $5,850.00.

.

Signed on March 01, 2017

                 /s/ Maria L. Oxholm
                 Maria L. Oxholm
                 United States Bankruptcy Judge