| Case No: | 15-53145 MLO Judge: MARIA L. OXHOLM | Trustee Name: | BASIL T. SIMON, TRUSTEE |
|---|---|---|---|
| Case Name: | INTEGRATED HEALTH GROUP, P.C. | Date Filed (f) or Converted (c): | 09/03/15 (f) |
| | | 341(a) Meeting Date: | 10/08/15 |
| For Period Ending: 03/31/22 | (7th reporting period for this case) | Claims Bar Date: | 01/19/16 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Fifth Third Bank Account xxxxxx9194<br>10/15/15 - Cannot close bank account - A/R are being direct deposited into same then linked to Asset No. 3.<br>01/29/16 - Account was closed in December 2015 due to service charges | 100.00 | 0.00 | | 0.00 | FA |
| 2. Chase bank account xxxxx1972<br>10/15/15 - Cannot close bank account - A/R are being direct deposited into same then linked to Asset No. 3 | 418.00 | 0.00 | | 0.00 | FA |
| 3. Outstanding receivables<br>10/19/15 - Chase Bank $9,800.00<br>02/01/16 - Chase Bank $17,000.00<br>03/01/16 - Chase Bank $4,600.00<br>05/09/16 - Chase Bank $12,000.00<br>06/07/16 - Chase Bank $9,000.00<br>06/28/16 - Chase Bank $19,000.00<br>09/12/16 - Chase Bank $3,000.00<br>05/08/17 - Chase Bank $550.07 (close account) | 1,098,037.33 | 55,000.00 | | 115,480.38 | FA |
| 4. Claims against Integrated Health Systems, et. al. | 1,000,000.00 | 0.00 | | 0.00 | FA |
| 5. Assorted office equipment, desks, chairs, computer | 10,000.00 | 10,000.00 | | 56,174.35 | FA |
| 6. Refrigerator | 100.00 | 0.00 | | 0.00 | FA |
| 7. Procedure table | 2,500.00 | 0.00 | | 0.00 | FA |
| 8. REFUND (UNEMPLOYMENT INSURANCE) (u) | 3,016.18 | 3,016.18 | | 3,016.18 | FA |
| 9. DEBTOR VS. HUSSEIN HURAIBI, ET AL (u)<br>ADVERSARY PROCEEDING NO: 17-04596<br>Settlements:<br>P/O 12/16/19 $10,000.00 (Ariel Majhoo, Neurological Institute of Interventional Pain Management, PLLC d/b/a Neurointerventional Pain Management, PLLC and AQM holdings, LLC) (PAID IN FULL);<br><br>P/O 11/04/20 $369,000.00 (Hussein A. Huraibi, Hussein Huraibi, MD, PCC, Huraibi Enterprises II, LLC, Noura Huraibi, Sameerah Huraibi Cortez, Lena Huraibi and Jamal Huraibi);<br><br>P/O 01/13/21 $100,000.00 (Yisroel Sigler, Paramount | 100,000.00 | 674,000.00 | | 478,000.00 | 196,000.00 |

| Case No: | 15-53145 MLO Judge: MARIA L. OXHOLM | Trustee Name: | BASIL T. SIMON, TRUSTEE |
|---|---|---|---|
| Case Name: | INTEGRATED HEALTH GROUP, P.C. | Date Filed (f) or Converted (c): | 09/03/15 (f) |
| | | 341(a) Meeting Date: | 10/08/15 |
| | | Claims Bar Date: | 01/19/16 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Healthcare Managements, LLC and Consolidated Laboratory Management Systems, LLC) (PAID IN FULL); P/O 03/09/21 $195,000.00 (Integrated MRI Center, LLC d/b/a Complete Imaging, Orchard Laboratories Corporation d/b/a Orchard Toxicology, Sami Ahmad and Faisal Ahman (PAID IN FULL); | | | | | |
| 10. CLASS ACTION A/R (STERICYCLE) (u) | 21.13 | 21.13 | | 21.13 | FA |
| 11. COMPROMISE SETTLEMENTS (u) 09/15/21 - VOID ASSET - Duplicate of Asset No. 9; | 0.00 | 0.00 | | 0.00 | FA |
| 12. SAMI AHMAD & FAISAL AHMAD CLAIM (u) INTEGRATED MRI CENTER, LLC (d/b/a COMPLETE IMAGING), ORCHARD LABORATORIES CORP. d/b/a ORCHARD TOXICOLOGY 09/15/21 - VOID ASSET - Duplicate of Asset No. 9; | 0.00 | 0.00 | | 0.00 | FA |

| | | | | | Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $2,214,192.64 | $742,037.31 | | $652,692.04 | $196,000.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

03/29/22 - CONTINUED COLLECTION OF MONTHLY PAYMENTS FROM MR. HURAIBI;  
02/25/22 - ORDER APPROVING ATTORNEY FOR TRUSTEE (3RD FEE APP) ENTERED;  
01/15/22 - APPLICATION TO PAY ATTORNEY FOR TRUSTEE (3RD APP) FILED;  
11/10/21 - WITHDRAWAL OF TRUSTEE'S OBJECTION TO CLAIM NO. 11 (STATE OF MICHIGAN);  
11/02/21 - CONTINUED COLLECTION OF MONTHLY PAYMENTS FROM MR. HURAIBI;  
07/21/21 - ORDER DISALLOWING CLAIM NO. 9 ENTERED;  
03/30/21 - ORDER ENTERED;  
03/09/21 - TRUSTEE TO FILE MOTION TO RESOLVE CLAIM OF SECURED CREDITOR, #13 (INTEGRATED HCS IMAGING SERVICES MANAGEMENT, LLC)  
03/09/21 - ORDER TO COMPROMISE VS. AHMAD ENTERED;  
03/04/21 - TRUTEE'S MOTION FOR DISTRIBUTION FILED;  
02/11/21 - TRUSTEE'S MOTION TO COMPROMISE FILED;  
01/08/21 - ORDER FOR FEES ENTERED;  
01/08/21 - HEARING SCHEDULED FOR ATTORNEY'S 2ND FEE APP (01/21/21 @ 11:00);  
12/18/20 - MOTION FOR COMPROMISE FILED;  
12/10/20 - ATTORNEY FOR TRUSTEE 2ND FEE APPLICATION FILED;  
11/19/20 - ORDER ALLOWING ACCOUNTANT FOR TRUSTEE FEES/EXPENSES ENTERED;

| | | | |
|---|---|---|---|
| Case No: | 15-53145 MLO Judge: MARIA L. OXHOLM | Trustee Name: | BASIL T. SIMON, TRUSTEE |
| Case Name: | INTEGRATED HEALTH GROUP, P.C. | Date Filed (f) or Converted (c): | 09/03/15 (f) |
| | | 341(a) Meeting Date: | 10/08/15 |
| | | Claims Bar Date: | 01/19/16 |

11/04/20 - ORDER TO COMPROMISE ENTERED;
10/14/20 - ACCOUNTANT FOR TRUSTEE FEE APP FILED;
10/09/20 - TRUSTEE'S MOTION TO COMPROMISE CLAIMS VS. HUSSEIN HURAIBI, HUSSEIN HURAIBI, MD, PLLC, HURAIBI ENTERPRIMSES II, LLC, NOURA HURAIBI, SAMEERAH HURAIBI CORTEZ, LENA HURAIBI AND JAMAL HURAIBI FILED;
03/26/20 - TRUSTEE IS INVESTIGATING THE POTENTIAL OF MOVING TO SUBSTANTIALLY CONSOLIDATE THIS MATTER WIHT THE INDIVIDUAL CASE OF HUSSEIN HURAIBI (19-45166);
03/2020 - CERTAIN DEFENDANTS HAVE A PENDING MOTION TO DISMISS IN VARIOUS ADVERSARY PROCEEDINGS;
12/16/19 - ORDER TO ENTER INTO SETTLEMENT AGREEMENT WITH MAJHOO, NEUROLOGICAL INSTITUTE OF INTERVENTIONAL PAIN MANAGEMEMT PLLC D/B NEUROINTERVENTIAONAL PAIN MAINAGEMENTS, LPLLC AND AQM HOLDINGS ($10,000.00;
11/20/19 - MOTION TO COMPROMISE PREFERENCES FILED;
11/01/19 - OBJECTION TO ATTORNEY'S FIRST FEE APP FILED BY CREDITORS HUSSEIN HURAIBI;
10/09/19 - ATTORNEY'S FIRST FEE APPLICATION FILED;
09/09/19 - CONTINUED PROSECUTION OF ADVERSARY PROCEEDINGS AGAIN SEVERERAL DEFENDANTS AND 3RD AMENDED COMPLAINT FILED;
09/09/19 - CONTINUED COLLECTION OF OPEN ACCOUNTS RECEIVABLE;
03/31/19 - CONTINUED PROSECUTION OF ADVERSARY PROCEEDINGS AGAINST SEVERAL DEFENDANTS;
01/07/19 - TRUSTEE'S RESPONSE TO 2 CREDITOR RESPONSES FILED;
01/02/19 - RESPONSE TO APPLICATION TO EMPLOY BRYAN MARCUS FILED;
12/21/18 - RESPONSE TO APPLICATION TO EMPLOY BRYAN MARCUS FILED;
12/07/18 - APPLICATION TO EMPLOY BRYAN MARCUS, PC AS CO-COUNSEL;
07/09/18 - ORDER AUTHORIZING TRUSTEE TO EMPLOY SPECIAL CO-COUNSEL ENTERED;
03/31/18 - TRUSTEE TO EMPLOY SPECIAL COUNSEL AS CO-COUNSEL ON ADVERSARY PROCEEDING;
03/10/18 - TRUSTEE IS EXAMINING THE FILING OF AN AMENDED COMPLAINT RE: ADVERSARY PROCEEDING;
03/18 - NUMEROUS SUMMONS HAD TO BE REISSUED;
02/18 - NUMEROUS SUMMONS HAD TO BE REISSUED;
02/18 - NUMEROUS HEARINGS HELD ON ADVERSARY PROCEEDS; DEFAULT JUDGMENTS ENTERED;
01/18 - NUMEROUS SUMMONS HAD TO BE REISSUED;
12/17 - NUMEROUS SUMMONS HAD TO BE REISSUED;
11/17 - REVIEW OF NUMEROUS ANSWERS TO COMPLAINTS;
10//17 - NUMEROUS SUMMONS HAD TO BE REISSUED;
09/05/17 - TRUSTEE HAS FILED AN ADVERSARY PROCEEDING AGAINST NUMBEROUS PARTIES;
03/14/17 - CONTINUATION OF COLLECTION OF OUTSTANDING ACCOUNT RECEIVABLES;
03/14/17 - TRUSTEE HAS REQUESTED REFUND FROM ADP ($217.62);
12/14/16 - TRUSTEE HAS REQUESTED REFUND FROM STATE OF MICHIGAN - UIA (APPROX. $700.00);
06/17/16 - ORDER GRANTING AUTHORITY TO COMPROMISE P/O 06/17/16;
05/20/16 - TRUSTEE HAS FILED A MOTION TO COMPROMISE RE: PERSONAL PROPERTY (C-ARM MACHINE);
05/19/16 - ORDER FOR 2004 EXAM OF HUSSEIN HURAIBI (06/21/16);
03/08/16 - COLLECTION OF ACCOUNT RECEIVABLES (MEDICARE/MEDICAID);
12/07/15 - MOTION TO SELL PERSONAL PROPERTY FILED BY TRUSTEE (AUCTION DATE: 01/07/16);
11/01/15 - TRUSTEE HAS REQUESTED FINANCIAL DOCUMENTS FOR HIS REVIEW;
10/20/15 - WAITING FOR BAR DATE TO EXPIRE (01/19/16);
10/14/15 - TRUSTEE TO SCHEDULE 2004 EXAMINATION OF PRINCIPLE OF DEBTOR;
10/14/15 - TRUSTEE TO INVESTIGATE ALL OF DEBTOR'S ASSETS FOR SALE AND/OR COLLECTION;

Initial Projected Date of Final Report (TFR): 06/30/17     Current Projected Date of Final Report (TFR): 12/31/25

/s/  BASIL T. SIMON, TRUSTEE
_____  Date: 04/12/22
BASIL T. SIMON, TRUSTEE

| | | |
|---|---|---|
| Case No: | 15-53145  MLO  Judge: MARIA L. OXHOLM | Trustee Name: BASIL T. SIMON, TRUSTEE |
| Case Name: | INTEGRATED HEALTH GROUP, P.C. | Date Filed (f) or Converted (c): 09/03/15 (f) |
| | | 341(a) Meeting Date: 10/08/15 |
| | | Claims Bar Date: 01/19/16 |

SIMON, STELLA & ZINGAS, P.C.  
645 GRISWOLD  
SUITE 3466  
DETROIT, MI 48226-4216  
Phone: (313) 962-6400  
Email: bsimon@sszpc.com  
Bar Number: P26340

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

| Case No: | 15-53145 -MLO | Trustee Name: | BASIL T. SIMON, TRUSTEE |
|---|---|---|---|
| Case Name: | INTEGRATED HEALTH GROUP, P.C. | Bank Name: | BOK FINANCIAL |
| | | Account Number / CD #: | *******1468 Checking |
| Taxpayer ID No: | *******2105 | | |
| For Period Ending: | 03/31/22 | Blanket Bond (per case limit): | $ 2,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| C 10/19/15 | 3 | CHASE BANK | ACCOUNT RECEIVABLE | 1121-000 | 9,800.00 | | 9,800.00 |
| C 10/30/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 9,790.00 |
| C 11/06/15 | 3 | JANET CLARK/ HAAS & GOLDSTEIN, PC | ACCOUNT RECEIVABLE | 1121-000 | 1,675.55 | | 11,465.55 |
| C 11/24/15 | 5 | MICHIGAN INTERVENTIONAL PAIN CENTER | DEPOSIT ON SALE OF M/E | 1129-000 | 300.00 | | 11,765.55 |
| C 11/30/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 15.60 | 11,749.95 |
| C 12/28/15 | 3 | CONNIE DURHAM/ THE SAM BERNSTEIN LAW FIRM | ACCOUNT RECEIVABLE | 1121-000 | 3,500.00 | | 15,249.95 |
| C 12/31/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 17.60 | 15,232.35 |
| C 01/08/16 | | AVONDALE SURGICAL CENTER/ DAVID FINK | DEPOSIT ON SALE OF M/E DEPOSIT TO BE RETURNED AS NON-WINNING BID | 1129-002 | 300.00 | | 15,532.35 |
| C 01/14/16 | 5 | MICHIGAN INTERVENTIONAL PAIN CENTER | SALE OF ASSETS P/O 01/04/16 Bank Serial #: WIRE | 1129-000 | 11,700.00 | | 27,232.35 |
| C 01/15/16 | 003000 | DAVID FINK 3630 PINE HILL COURT WEST BLOOMFIELD, MI 48323 | RETURN OF DEPOSIT OF 01/08/16 | 1129-002 | -300.00 | | 26,932.35 |
| C 01/29/16 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 32.84 | 26,899.51 |
| C 02/01/16 | 3 | CHASE BANK | ACCOUNT RECEIVABLE | 1121-000 | 17,000.00 | | 43,899.51 |
| C 02/29/16 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 58.36 | 43,841.15 |
| C 03/01/16 | 3 | CHASE BANK | ACCOUNT RECEIVABLE | 1121-000 | 4,600.00 | | 48,441.15 |
| C 03/31/16 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 71.04 | 48,370.11 |
| C 04/29/16 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 69.38 | 48,300.73 |
| C 05/09/16 | 3 | CHASE BANK | ACCOUNT RECEIVABLE | 1121-000 | 12,000.00 | | 60,300.73 |
| C 05/31/16 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 82.98 | 60,217.75 |
| C 06/07/16 | 3 | CHASE BANK | ACCOUNT RECEIVABLE | 1121-000 | 9,000.00 | | 69,217.75 |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 15-53145 -MLO | Trustee Name: | BASIL T. SIMON, TRUSTEE |
|---|---|---|---|
| Case Name: | INTEGRATED HEALTH GROUP, P.C. | Bank Name: | BOK FINANCIAL |
| | | Account Number / CD #: | *******1468 Checking |
| Taxpayer ID No: | *******2105 | | |
| For Period Ending: | 03/31/22 | Blanket Bond (per case limit): | $ 2,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) / Disbursements ($) | Account / CD Balance ($) |

| | Date | Check/Ref | Paid To / Received From | Description | Code | Deposits | Disbursements | Balance |
|---|---|---|---|---|---|---|---|---|
| C | 06/28/16 | 3 | CHASE BANK | ACCOUNT RECEIVABLE | 1121-000 | 19,000.00 | | 88,217.75 |
| C | 06/30/16 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 95.22 | 88,122.53 |
| C | 07/01/16 | 5 | ASSOCIATED SURGICAL CENTER OF DEARBORN | COMPROMISE P/O 06/17/16  Bank Serial #: WIRE | 1149-000 | 22,674.35 | | 110,796.88 |
| *C | 07/06/16 | | US BANK EQUIPMENT FINANCE | PAYOFF OF SECURED LIEN P/O 06/17/16  NOTE: Actual wire was sent on 07/05/2016 | 4210-003 | | 22,674.35 | 88,122.53 |
| C | 07/15/16 | 5 | ASSOCIATED SURGICAL CENTER OF DEARBORN | COMPROMISE P/O 06/17/16  Bank Serial #: WIRE | 1129-000 | 21,500.00 | | 109,622.53 |
| *C | 07/21/16 | | US BANK EQUIPMENT FINANCE | WIRE RETURNED/INCORRECT INSTRUCTION  RETURN DATE IS ACTUALLY 07/07/16 | 4210-003 | | -22,674.35 | 132,296.88 |
| C | 07/25/16 | | US BANK EQUIPMENT FINANCE | PAYOFF SECURED LIEN P/O 06/17/16  NOTE: Actual wire was sent on 07/05/2016 | 4110-000 | | 22,674.35 | 109,622.53 |
| C | 07/26/16 | 003001 | Q & A COURT REPORTING  1851 BEECHMONT  KEEGO HARBOR, MI 48320 | INV# 2354/DEPOSTION TRANSCRIPT | 2990-000 | | 337.60 | 109,284.93 |
| C | 07/27/16 | 003002 | Q & A COURT REPORTING  1851 BEECHMONT  KEEGO HARBOR, MI 48320 | INV# 2353/DEPOSTION TRANSCRIPT | 2990-000 | | 486.00 | 108,798.93 |
| C | 07/29/16 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 151.88 | 108,647.05 |
| C | 08/31/16 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 161.08 | 108,485.97 |
| C | 09/06/16 | 3 | DIANA JONES/  ALG LETAL CENTER, PLLC | ACCOUNT RECEIVABLE | 1121-000 | 200.00 | | 108,685.97 |
| C | 09/12/16 | 3 | CHASE BANK | ACCOUNT RECEIVABLE | 1121-000 | 3,000.00 | | 111,685.97 |
| C | 09/19/16 | 3 | PAMELA BROWNER  ALG LEGAL CENTER, PLLC | ACCOUNT RECEIVABLE | 1121-000 | 20.00 | | 111,705.97 |
| C | 09/19/16 | 3 | DAVON PRICE  JOSEPH L. LOBB, PC | ACCOUNT RECEIVABLE | 1121-000 | 129.72 | | 111,835.69 |
| C | 09/19/16 | 3 | ZAKIYA PRICE  JOSEPH R. LOBB, PC | ACCOUNT RECEIVABLE | 1121-000 | 262.04 | | 112,097.73 |
| C | 09/29/16 | 3 | THERON SIMPSON/ | ACCOUNT RECEIVABLE | 1121-000 | 189.13 | | 112,286.86 |

| Case No: | 15-53145 -MLO | | Trustee Name: | BASIL T. SIMON, TRUSTEE |
|---|---|---|---|---|
| Case Name: | INTEGRATED HEALTH GROUP, P.C. | | Bank Name: | BOK FINANCIAL |
| | | | Account Number / CD #: | *******1468 Checking |
| Taxpayer ID No | *******2105 | | | |
| For Period Ending: | 03/31/22 | | Blanket Bond (per case limit): | $ 2,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | JOSEPH R. LOBB, PC | | | | | |
| C 09/30/16 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 158.26 | 112,128.60 |
| C 10/03/16 | 003003 | Q & A COURT REPORTING<br>1851 BEECHMONT<br>KEEGO HARBOR, MI 48320 | INV# 2359/DEPOSITION TRANSCRIPT | 2990-000 | | 465.00 | 111,663.60 |
| C 10/11/16 | 3 | WILLIAM DONALDSON/<br>ANDREOPOULOS & HILL, PLLC | ACCOUNT RECEIVABLE | 1121-000 | 4,400.00 | | 116,063.60 |
| C 10/11/16 | 3 | LOBB LAW/<br>MI INTERVENTIONAL PAIN CENTER | ACCOUNT RECEIVABLE<br>PATIENT: PAUL TATE | 1121-000 | 1,200.00 | | 117,263.60 |
| C 10/24/16 | 3 | PATRICIA WHALEY/<br>MIKE MORSE, PC | ACCOUNT RECEIVABLE | 1121-000 | 3,500.00 | | 120,763.60 |
| C 10/24/16 | 3 | PATRICIA WHALEY/<br>MIKE MORSE, PC | ACCOUNT RECEIVABLE | 1121-000 | 2,400.00 | | 123,163.60 |
| C 10/24/16 | 3 | JENAE SILAS/<br>JOSEPH LOBB, PC | ACCOUNT RECEIVABLE | 1121-000 | 28.43 | | 123,192.03 |
| C 10/31/16 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 171.80 | 123,020.23 |
| C 11/29/16 | 3 | ADRIANNA BRUHOWSKI/<br>DOBREFF & DOBREFF, PC | ACCOUNT RECEIVABLE | 1121-000 | 1,300.00 | | 124,320.23 |
| C 11/30/16 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 176.46 | 124,143.77 |
| C 12/13/16 | 3 | BLUE CROSS BLUE SHIELD | ACCOUNT RECEIVABLE | 1121-000 | 64.78 | | 124,208.55 |
| C 12/13/16 | 3 | ASSOCIATES FINANCIAL SOLUTIONS, INC. | ACCOUNT RECEIVABLE | 1121-000 | 373.57 | | 124,582.12 |
| C 12/13/16 | 3 | ASSOCIATES FINANCIAL SOLUTIONS, INC. | ACCOUNT RECEIVABLE | 1121-000 | 136.49 | | 124,718.61 |
| C 12/13/16 | 3 | ASSOCIATES FINANCIAL SOLUTIONS, INC. | ACCOUNT RECEIVABLE | 1121-000 | 15.00 | | 124,733.61 |
| C 12/13/16 | 003004 | INSURANCE PARTNERS AGENCY, INC.<br>26865 CENTER RIDGE ROAD<br>WESTLAKE, OH 44145 | 2017 BLANKET BOND/INV# 355458 | 2300-000 | | 22.88 | 124,710.73 |
| C 12/28/16 | 3 | ROBERT KNIGHT/<br>GOODMAN ACKER, PC | ACCOUNT RECEIVABLE | 1121-000 | 2,400.89 | | 127,111.62 |

| Case No: | 15-53145 -MLO | Trustee Name: | BASIL T. SIMON, TRUSTEE |
|---|---|---|---|
| Case Name: | INTEGRATED HEALTH GROUP, P.C. | Bank Name: | BOK FINANCIAL |
| | | Account Number / CD #: | *******1468 Checking |
| Taxpayer ID No: | *******2105 | | |
| For Period Ending: | 03/31/22 | Blanket Bond (per case limit): | $ 2,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C 12/30/16 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 184.34 | 126,927.28 |
| C 01/06/17 | 3 | LOUIS RYAN/ ANDREOPOULOS & HILL, PLLC | ACCOUNT RECEIVABLE | 1121-000 | 1,900.00 | | 128,827.28 |
| C 01/10/17 | 3 | ASSOCIATES FINANCIAL SOLUTIONS, INC. | ACCOUNT RECEIVABLE | 1121-000 | 1,500.00 | | 130,327.28 |
| C 01/16/17 | 3 | DONALD KLAKER/ J. TIMOTHY ESPER & ASSOCIATES, PC | ACCOUNT RECEIVABLE | 1121-000 | 1,350.94 | | 131,678.22 |
| C 01/31/17 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 192.36 | 131,485.86 |
| C 02/22/17 | 3 | MAYSOON ELDER/ ELIA & PONTO, PLLC | ACCOUNT RECEIVABLE | 1121-000 | 3,657.25 | | 135,143.11 |
| C 02/28/17 | | BOK FINANCIAL | BANK SERVICE FEE | 2600-000 | | 176.83 | 134,966.28 |
| C 03/01/17 | 003005 | HUSSEIN A. HURAIBI, MD, PLLC 49378 NORTHAMPTON CANTON, MI 48187 | ADMIN EXPENSES - CLAIM NO. 18 PAID IN FULL | 2690-000 | | 5,850.00 | 129,116.28 |
| C 03/07/17 | 3 | SONJA THOMAS/ JOSEPH R. LOBB, PC | ACCOUNT RECEIVABLE | 1121-000 | 479.90 | | 129,596.18 |
| C 03/07/17 | 3 | SONJA THOMAS/ JOSEPH R. LOBB, PC | ACCOUNT RECEIVABLE | 1121-000 | 427.79 | | 130,023.97 |
| C 03/14/17 | 3 | SHAWN RUTTENBURG ATNIP & ASSOCIATES, PLLC | ACCOUNT RECEIVABLE | 1121-000 | 380.34 | | 130,404.31 |
| C 03/31/17 | | BOK FINANCIAL | BANK SERVICE FEE | 2600-000 | | 194.79 | 130,209.52 |
| C 04/28/17 | | BOK FINANCIAL | BANK SERVICE FEE | 2600-000 | | 187.28 | 130,022.24 |
| C 05/05/17 | 3 | ASSOCIATES FINANCIAL SOLUTIONS, INC. | ACCOUNT RECEIVABLE | 1121-000 | 185.71 | | 130,207.95 |
| C 05/08/17 | 3 | CHASE BANK | ACCOUNT RECEIVABLE (CLOSE ACCOUNT) | 1121-000 | 550.07 | | 130,758.02 |
| C 05/15/17 | 3 | BERLINDA JOHNSON/ WIGOD & FLAZON, PC | ACCOUNT RECEIVABLE | 1121-000 | 19.73 | | 130,777.75 |
| C 05/16/17 | 3 | ASSOCIATES FINANCIAL SOLUTIONS, INC. | ACCOUNT RECEIVABLE | 1121-000 | 238.19 | | 131,015.94 |
| C 05/18/17 | 3 | ADNAN AWADH/ | ACCOUNT RECEIVABLE | 1121-000 | 93.51 | | 131,109.45 |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 5

| Case No: | 15-53145 -MLO | | Trustee Name: | BASIL T. SIMON, TRUSTEE |
|---|---|---|---|---|
| Case Name: | INTEGRATED HEALTH GROUP, P.C. | | Bank Name: | BOK FINANCIAL |
| | | | Account Number / CD #: | *******1468 Checking |
| Taxpayer ID No: | *******2105 | | | |
| For Period Ending: | 03/31/22 | | Blanket Bond (per case limit): | $ 2,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | DEPES & WINE, PC | | | | | |
| C 05/31/17 | | BOK FINANCIAL | BANK SERVICE FEE | 2600-000 | | 194.19 | 130,915.26 |
| C 06/05/17 | 3 | ASSOCIATES FINANCIAL SOLUTIONS, INC. | ACCOUNT RECEIVABLE | 1121-000 | 328.45 | | 131,243.71 |
| C 06/27/17 | 8 | STATE OF MICHIGAN UNEMPLOYMENT INSURANCE AGENCY | REFUND (UNEMPLOYMENT INSURANCE) | 1224-000 | 3,016.18 | | 134,259.89 |
| C 06/30/17 | | BOK FINANCIAL | BANK SERVICE FEE | 2600-000 | | 188.66 | 134,071.23 |
| C 07/13/17 | 3 | ASSOCIATES FINANCIAL SOLUTIONS, INC. | ACCOUNT RECEIVABLE | 1121-000 | 27.50 | | 134,098.73 |
| C 07/31/17 | | BOK FINANCIAL | BANK SERVICE FEE | 2600-000 | | 198.95 | 133,899.78 |
| C 08/07/17 | 3 | ASSOCIATES FINANCIAL SOLUTIONS, INC. | ACCOUNT RECEIVABLE | 1121-000 | 361.50 | | 134,261.28 |
| C 08/08/17 | 3 | ASSOCIATES FINANCIAL SOLUTIONS, INC. | ACCOUNT RECEIVABLE | 1121-000 | 1.00 | | 134,262.28 |
| C 08/31/17 | | BOK FINANCIAL | BANK SERVICE FEE | 2600-000 | | 199.39 | 134,062.89 |
| C 09/06/17 | 3 | ASSOCIATES FINANCIAL SOLUTIONS, INC. | ACCOUNT RECEIVABLE | 1121-000 | 90.00 | | 134,152.89 |
| C 09/28/17 | 3 | PATRICIA LOGAN/ ALG LEGAL CENTER, LLC | ACCOUNT RECEIVABLE | 1121-000 | 220.00 | | 134,372.89 |
| C 09/29/17 | | BOK FINANCIAL | BANK SERVICE FEE | 2600-000 | | 192.91 | 134,179.98 |
| C 10/04/17 | 3 | ASSOCIATES FINANCIAL SOLUTIONS, INC. | ACCOUNT RECEIVABLE | 1121-000 | 15.00 | | 134,194.98 |
| C 10/10/17 | 3 | ASSOCIATES FINANCIAL SOLUTIONS, INC. | ACCOUNT RECEIVABLE | 1121-000 | 16.50 | | 134,211.48 |
| C 10/10/17 | 3 | BLUE CROSS COMPLETE OF MICHIGAN | ACCOUNT RECEIVABLE | 1121-000 | 71.70 | | 134,283.18 |
| C 10/10/17 | 3 | BLUE CROSS COMPLETE OF MICHIGAN | ACCOUNT RECEIVABLE | 1121-000 | 248.74 | | 134,531.92 |
| C 10/17/17 | 3 | EDWARD RILEY/ JOSEPH LOBB, PC | ACCOUNT RECEIVABLE | 1121-000 | 1,133.07 | | 135,664.99 |
| C 10/31/17 | | BOK FINANCIAL | BANK SERVICE FEE | 2600-000 | | 200.34 | 135,464.65 |

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD                          Page: 6

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 6

| Case No: | 15-53145 -MLO | Trustee Name: | BASIL T. SIMON, TRUSTEE |
|---|---|---|---|
| Case Name: | INTEGRATED HEALTH GROUP, P.C. | Bank Name: | BOK FINANCIAL |
| | | Account Number / CD #: | *******1468 Checking |
| Taxpayer ID No: | *******2105 | | |
| For Period Ending: | 03/31/22 | Blanket Bond (per case limit): | $ 2,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C  11/07/17 | 3 | ASSOCIATES FINANCIAL SOLUTIONS, INC. | ACCOUNT RECEIVABLE | 1121-000 | 45.00 | | 135,509.65 |
| C  11/20/17 | 3 | ASSOCIATES FINANCIAL SOLUTIONS, INC. | ACCOUNT RECEIVABLE | 1121-000 | 27.50 | | 135,537.15 |
| C  11/30/17 | | BOK FINANCIAL | BANK SERVICE FEE | 2600-000 | | 194.89 | 135,342.26 |
| C  12/05/17 | 3 | ASSOCIATES FINANCIAL SOLUTIONS, INC. | ACCOUNT RECEIVABLE | 1121-000 | 86.80 | | 135,429.06 |
| * C  12/11/17 | 003006 | INSURANCE PARTNERS AGENCY, INC. 26865 CENTER RIDGE ROAD WESTLAKE, OH 44145 | 2018 BLANKET BOND/INV# 499149 | 2300-003 | | 36.54 | 135,392.52 |
| * C  12/11/17 | 003006 | INSURANCE PARTNERS AGENCY, INC. 26865 CENTER RIDGE ROAD WESTLAKE, OH 44145 | INCORRECT BOND AMOUNT CHECK DID NOT PRINT | 2300-003 | | -36.54 | 135,429.06 |
| C  12/11/17 | 003007 | INSURANCE PARTNERS AGENCY, INC. 26865 CENTER RIDGE ROAD WESTLAKE, OH 44145 | 2018 BLANKET BOND/INV# 499149 | 2300-000 | | 36.59 | 135,392.47 |
| C  12/12/17 | 3 | PHILANA HERRON/ THE SAM BERNSTEIN LAW FIRM | ACCOUNT RECEIVABLE | 1121-000 | 710.00 | | 136,102.47 |
| C  12/29/17 | | BOK FINANCIAL | BANK SERVICE FEE | 2600-000 | | 201.79 | 135,900.68 |
| C  01/09/18 | 3 | ASSOCIATES FINANCIAL SOLUTIONS, INC. | ACCOUNT RECEIVABLE | 1121-000 | 195.66 | | 136,096.34 |
| C  01/31/18 | | BOK FINANCIAL | BANK SERVICE FEE | 2600-000 | | 202.17 | 135,894.17 |
| C  02/28/18 | | BOK FINANCIAL | BANK SERVICE FEE | 2600-000 | | 182.43 | 135,711.74 |
| C  03/06/18 | 3 | ASSOCIATES FINANCIAL SOLUTIONS, INC. | ACCOUNT RECEIVABLE | 1121-000 | 310.00 | | 136,021.74 |
| C  03/30/18 | | BOK FINANCIAL | BANK SERVICE FEE | 2600-000 | | 202.04 | 135,819.70 |
| C  04/05/18 | 3 | ASSOCIATES FINANCIAL SOLUTIONS, INC. | ACCOUNT RECEIVABLE | 1121-000 | 27.50 | | 135,847.20 |
| C  04/30/18 | | BOK FINANCIAL | BANK SERVICE FEE | 2600-000 | | 195.38 | 135,651.82 |
| C  05/04/18 | 3 | ASSOCIATES FINANCIAL SOLUTIONS, INC. | ACCOUNT RECEIVABLE | 1121-000 | 27.50 | | 135,679.32 |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 15-53145 -MLO | Trustee Name: | BASIL T. SIMON, TRUSTEE |
|---|---|---|---|
| Case Name: | INTEGRATED HEALTH GROUP, P.C. | Bank Name: | BOK FINANCIAL |
| | | Account Number / CD #: | *******1468 Checking |
| Taxpayer ID No: | *******2105 | | |
| For Period Ending: | 03/31/22 | Blanket Bond (per case limit): | $ 2,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C 05/04/18 | 3 | ASSOCIATES FINANCIAL SOLUTIONS, INC. | ACCOUNT RECEIVABLE | 1121-000 | 5.00 | | 135,684.32 |
| C 05/10/18 | 3 | ASSOCIATES FINANCIAL SOLUTIONS, INC. | ACCOUNT RECEIVABLE | 1121-000 | 27.50 | | 135,711.82 |
| C 05/31/18 | | BOK FINANCIAL | BANK SERVICE FEE | 2600-000 | | 201.67 | 135,510.15 |
| C 06/08/18 | 3 | ASSOCIATES FINANCIAL SOLUTIONS, INC. | ACCOUNT RECEIVABLE | 1121-000 | 5.00 | | 135,515.15 |
| C 06/13/18 | 3 | ASSOCIATES FINANCIAL SOLUTIONS, INC. | ACCOUNT RECEIVABLE | 1121-000 | 27.50 | | 135,542.65 |
| C 06/29/18 | | BOK FINANCIAL | BANK SERVICE FEE | 2600-000 | | 194.93 | 135,347.72 |
| C 07/06/18 | 3 | ASSOCIATES FINANCIAL SOLUTIONS, INC. | ACCOUNT RECEIVABLE | 1121-000 | 5.00 | | 135,352.72 |
| C 07/17/18 | 3 | ASSOCIATES FINANCIAL SOLUTIONS, INC. | ACCOUNT RECEIVABLE | 1121-000 | 27.50 | | 135,380.22 |
| C 07/31/18 | | BOK FINANCIAL | BANK SERVICE FEE | 2600-000 | | 201.18 | 135,179.04 |
| C 08/07/18 | 3 | ASSOCIATES FINANCIAL SOLUTIONS, INC. | ACCOUNT RECEIVABLE | 1121-000 | 5.00 | | 135,184.04 |
| C 08/31/18 | | BOK FINANCIAL | BANK SERVICE FEE | 2600-000 | | 200.92 | 134,983.12 |
| C 09/07/18 | 10 | STERICYCLE, STERI-SAFE LITIGATION C/O GCG | ACCOUNT RECEIVABLE | 1221-000 | 21.13 | | 135,004.25 |
| C 09/12/18 | 3 | ASSOCIATES FINANCIAL SOLUTIONS, INC. | ACCOUNT RECEIVABLE | 1121-000 | 20.00 | | 135,024.25 |
| C 09/18/18 | 3 | ASSOCIATES FINANCIAL SOLUTIONS, INC. | ACCOUNT RECEIVABLE | 1121-000 | 27.50 | | 135,051.75 |
| C 09/28/18 | | BOK FINANCIAL | BANK SERVICE FEE | 2600-000 | | 194.19 | 134,857.56 |
| Ct 10/01/18 | | Trsf To BofI Federal Bank | FINAL TRANSFER | 9999-000 | | 134,857.56 | 0.00 |

| Case No: | 15-53145 -MLO | | Trustee Name: | BASIL T. SIMON, TRUSTEE |
|---|---|---|---|---|
| Case Name: | INTEGRATED HEALTH GROUP, P.C. | | Bank Name: | BOK FINANCIAL |
| | | | Account Number / CD #: | *******1468 Checking |
| Taxpayer ID No: | *******2105 | | | |
| For Period Ending: | 03/31/22 | | Blanket Bond (per case limit): | $ 2,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

\* **Reversed**
t **Funds Transfer**
C **Bank Cleared**

| Account | | | | | |
|---|---|---|---|---|---|
| *******1468 | | Balance Forward | 0.00 | | |
| | 72 | Deposits | 170,284.11 | 12 Checks | 29,872.42 |
| | 0 | Interest Postings | 0.00 | 36 Adjustments Out | 5,554.13 |
| | | | | 1 Transfers Out | 134,857.56 |
| | | Subtotal | $ 170,284.11 | | |
| | | | | Total | $ 170,284.11 |
| | 0 | Adjustments In | 0.00 | | |
| | 0 | Transfers In | 0.00 | | |
| | | Total | $ 170,284.11 | | |

| Case No: | 15-53145 -MLO | | Trustee Name: | BASIL T. SIMON, TRUSTEE |
|---|---|---|---|---|
| Case Name: | INTEGRATED HEALTH GROUP, P.C. | | Bank Name: | Axos Bank |
| | | | Account Number / CD #: | *******0076 Checking |
| Taxpayer ID No: | *******2105 | | | |
| For Period Ending: | 03/31/22 | | Blanket Bond (per case limit): | $ 2,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| Ct 10/01/18 | | Trsf In From BOK FINANCIAL | INITIAL WIRE TRANSFER IN | 9999-000 | 134,857.56 | | 134,857.56 |
| C 10/02/18 | 3 | JANICE PINKSTER/ ALG LEGAL CENTER, PLLC IOLTA | ACCOUNT RECEIVABLE | 1121-000 | 350.00 | | 135,207.56 |
| C 10/09/18 | 3 | ASSOCIATES FINANCIAL SOLUTIONS, INC. | ACCOUNT RECEIVABLE | 1121-000 | 17.50 | | 135,225.06 |
| C 10/15/18 | 3 | ASSOCIATES FINANCIAL SOLUTIONS, INC. | ACCOUNT RECEIVABLE | 1121-000 | 27.50 | | 135,252.56 |
| C 11/07/18 | 3 | ASSOCIATES FINANCIAL SOLUTIONS, INC. | ACCOUNT RECEIVABLE | 1121-000 | 42.50 | | 135,295.06 |
| C 11/12/18 | 3 | ASSOCIATES FINANCIAL SOLUTIONS, INC. | ACCOUNT RECEIVABLE | 1121-000 | 27.50 | | 135,322.56 |
| C 12/10/18 | 002001 | INSURANCE PARTNERS AGENCY, INC. 26865 CENTER RIDGE ROAD WESTLAKE, OH 44145 | 2019 BLANKET BOND/INV# 666791 | 2300-000 | | 42.79 | 135,279.77 |
| C 12/11/18 | 3 | ASSOCIATES FINANCIAL SOLUTIONS, INC. | ACCOUNT RECEIVABLE | 1121-000 | 5.00 | | 135,284.77 |
| C 12/12/18 | 3 | ASSOCIATES FINANCIAL SOLUTIONS, INC. | ACCOUNT RECEIVABLE | 1121-000 | 27.50 | | 135,312.27 |
| C 01/07/19 | 3 | ASSOCIATES FINANCIAL SOLUTIONS, INC. | ACCOUNT RECEIVABLE | 1121-000 | 184.96 | | 135,497.23 |
| C 01/15/19 | 3 | ASSOCIATES FINANCIAL SOLUTIONS, INC. | ACCOUNT RECEIVABLE | 1121-000 | 27.50 | | 135,524.73 |
| C 03/08/19 | 3 | ASSOCIATES FINANCIAL SOLUTIONS, INC. | ACCOUNT RECEIVABLE | 1121-000 | 20.00 | | 135,544.73 |
| C 03/26/19 | 3 | ASSOCIATES FINANCIAL SOLUTIONS, INC. | ACCOUNT RECEIVABLE | 1121-000 | 27.50 | | 135,572.23 |
| C 04/08/19 | 3 | ASSOCIATES FINANCIAL SOLUTIONS, INC. | ACCOUNT RECEIVABLE | 1121-000 | 264.31 | | 135,836.54 |
| C 04/16/19 | 3 | ASSOCIATES FINANCIAL SOLUTIONS, INC. | ACCOUNT RECEIVABLE | 1121-000 | 82.50 | | 135,919.04 |
| C 05/07/19 | 3 | ASSOCIATES FINANCIAL SOLUTIONS, | ACCOUNT RECEIVABLE | 1121-000 | 348.42 | | 136,267.46 |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 10

| Case No: | 15-53145 -MLO | Trustee Name: | BASIL T. SIMON, TRUSTEE |
|---|---|---|---|
| Case Name: | INTEGRATED HEALTH GROUP, P.C. | Bank Name: | Axos Bank |
|  |  | Account Number / CD #: | *******0076 Checking |
| Taxpayer ID No: | *******2105 |  |  |
| For Period Ending: | 03/31/22 | Blanket Bond (per case limit): | $ 2,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C  06/04/19 | 3 | ASSOCIATES FINANCIAL SOLUTIONS, INC | ACCOUNT RECEIVABLE | 1121-000 | 12.50 |  | 136,279.96 |
| C  07/08/19 | 3 | ASSOCIATES FINANCIAL SOLUTIONS, INC | ACCOUNT RECEIVABLE | 1121-000 | 22.50 |  | 136,302.46 |
| C  08/06/19 | 3 | ASSOCIATES FINANCIAL SOLUTIONS, INC | ACCOUNT RECEIVABLE | 1121-000 | 37.50 |  | 136,339.96 |
| C  09/09/19 | 3 | ASSOCIATES FINANCIAL SOLUTIONS, INC | ACCOUNT RECEIVABLE | 1121-000 | 105.15 |  | 136,445.11 |
| C  09/20/19 | 3 | ASSOCIATES FINANCIAL SOLUTIONS, INC | ACCOUNT RECEIVABLE | 1121-000 | 41.25 |  | 136,486.36 |
| C  10/09/19 | 3 | ASSOCIATES FINANCIAL SOLUTIONS, INC | ACCOUNT RECEIVABLE | 1121-000 | 108.74 |  | 136,595.10 |
| C  11/04/19 | 3 | ASSOCIATES FINANCIAL SOLUTIONS, INC | ACCOUNT RECEIVABLE | 1121-000 | 360.10 |  | 136,955.20 |
| C  11/18/19 | 002002 | SIMON, STELLA & ZINGAS, P.C.<br>645 GRISWOLD<br>SUITE 3466<br>DETROIT, MI 48226 | ATTY FOR TRUSTEE FEE P/O 11/15/19 | 3110-000 |  | 47,875.00 | 89,080.20 |
| C  11/18/19 | 002003 | SIMON, STELLA & ZINGAS, P.C.<br>645 GRISWOLD<br>SUITE 3466<br>DETROIT, MI 48226 | ATTY FOR TRUSTEE EXP P/O 11/15/19 | 3120-000 |  | 1,097.79 | 87,982.41 |
| C  12/04/19 | 002004 | INSURANCE PARTNERS<br>26865 CENTER RIDGE ROAD<br>WESTLAKE, OH 44145 | 2020 BLANKET BOND/INV# 377123 | 2300-000 |  | 141.78 | 87,840.63 |
| C  12/05/19 | 3 | ASSOCIATES FINANCIAL SOLUTIONS, INC | ACCOUNT RECEIVABLE | 1121-000 | 56.80 |  | 87,897.43 |
| C  12/30/19 | 9 | ARIEL MAJHOO/NEUROLOGICAL INSTITUTE OF INTERVENTIONAL PAIN MANAGEMENT, PLLC | COMPROMISE P/O 12/16/19 | 1249-000 | 10,000.00 |  | 97,897.43 |
| C  01/09/20 | 3 | ASSOCIATES FINANCIAL SOLUTIONS, INC | ACCOUNT RECEIVABLE | 1121-000 | 126.17 |  | 98,023.60 |
| C  01/30/20 | 002005 | CHRISTINE FELTS<br>4942 SCENIC PINES COURT | INV# 20007-CF<br>341 TRANSCRIPT OF HUSSEIN HURAIBI | 2990-000 |  | 725.00 | 97,298.60 |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 15-53145 -MLO | Trustee Name: | BASIL T. SIMON, TRUSTEE |
|---|---|---|---|
| Case Name: | INTEGRATED HEALTH GROUP, P.C. | Bank Name: | Axos Bank |
| | | Account Number / CD #: | *******0076 Checking |
| Taxpayer ID No: | *******2105 | | |
| For Period Ending: | 03/31/22 | Blanket Bond (per case limit): | $ 2,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Trans. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | CLARKSTON, MI 48346 | | | | | |
| C 02/05/20 | 3 | ASSOCIATES FINANCIAL SOLUTIONS, INC | ACCOUNT RECEIVABLE | 1121-000 | 1,534.00 | | 98,832.60 |
| C 10/08/20 | 9 | AL-HURAIBI ENTERPRISES, LLC | SETTLEMENT P/O 11/04/20<br>Bank Serial #: WIRE | 1249-000 | 25,000.00 | | 123,832.60 |
| C 10/09/20 | | KERR, RUSSELL, AND WEBER, PLC<br>ATTN: JASON BANK, ESQ.<br>500 WOODWARD AVE.<br>SUITE 2500<br>DETROIT, MI 48226 | MEDIATION FEE P/O 08/25/20<br>(AP 17-04596)<br>OUTGOING WIRE | 3721-000 | | 2,500.00 | 121,332.60 |
| C 11/17/20 | 9 | HUSSEIN A. H URAIBI, M.D., PLLC | SETTLEMENT PAYMENT P/O 11/04/20<br>Bank Serial #: WIRE | 1249-000 | 50,000.00 | | 171,332.60 |
| C 11/19/20 | | KERR, RUSSELL AND WEBER, P.C. | RETURN OF PARTIAL MEDIATION FEE<br>(SEE TRANSACTION DATED 10/09/20 - OUTGOING WIRE) | 3721-002 | | -500.00 | 171,832.60 |
| C 11/19/20 | 002006 | JOHN BOHL & ASSOCIATES, L.L.C.<br>24359 NORTHWESTERN HWY.<br>SUITE 250<br>SOUTHFIELD, MI 48075 | ACCT FOR TRUSTEE FEES P/O 11/19/20<br>AMOUNT ALLOWED: $101,985.00<br>BALANCE DUE: $67,990.00 | 3410-000 | | 33,995.00 | 137,837.60 |
| C 11/19/20 | 002007 | JOHN BOHL & ASSOCIATES, L.L.C.<br>24359 NORTHWESTERN HWY.<br>SUITE 250<br>SOUTHFIELD, MI 48075 | ACCT FOR TRUSTEE EXP P/O 11/19/20<br>PAID @ 100% | 3420-000 | | 884.42 | 136,953.18 |
| C 11/24/20 | 002008 | INSURANCE PARTNERS<br>2950 WEST MARKET STREET<br>AKRON, OH 44333 | 2021 BLANKET BOND/INV# 583326 | 2300-000 | | 65.10 | 136,888.08 |
| C 12/08/20 | 9 | HUSSEIN A. HURAIBI, MD, PLLC | SETTLEMENT PAYMENT P/O 11/04/20 | 1249-000 | 6,125.00 | | 143,013.08 |
| C 12/17/20 | 9 | CLINICAL CONNECT LABORATORIES, INC./<br>YISROEL SIGLER | SETTLEMENT P/O 01/13/21<br>Bank Serial #: WIRE | 1249-000 | 100,000.00 | | 243,013.08 |
| C 01/05/21 | 9 | HUSSEIN A. HURAIBI, MD, PLLC | SETTLEMENT PAYMENT P/O 11/04/20 | 1249-000 | 6,125.00 | | 249,138.08 |
| C 01/19/21 | 002009 | ESTATE OF HUSSEIN A. HURAIBI<br>CASE NO. 19-45166-MLO | COMPROMISE P/O 01/13/21 | 9999-000 | | 33,000.00 | 216,138.08 |
| C 01/29/21 | 9 | ORCHARD LABORATORIES CORP. | PREFERENCE SETTLEMENT P/O 03/09/21<br>Bank Serial #: WIRE | 1241-000 | 195,000.00 | | 411,138.08 |

| Case No: | 15-53145 -MLO | | Trustee Name: | BASIL T. SIMON, TRUSTEE |
|---|---|---|---|---|
| Case Name: | INTEGRATED HEALTH GROUP, P.C. | | Bank Name: | Axos Bank |
| | | | Account Number / CD #: | *******0076 Checking |
| Taxpayer ID No: | *******2105 | | | |
| For Period Ending: | 03/31/22 | | Blanket Bond (per case limit): | $ 2,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C 02/09/21 | 9 | HUSSEIN A. HURAIBI, MD, PLLC | SETTLEMENT PAYMENT P/O 11/04/20 | 1249-000 | 6,125.00 | | 417,263.08 |
| C 03/02/21 | 002010 | JOHN BOHL & ASSOCIATES, L.L.C.<br>24359 NORTHWESTERN HWY.<br>SUITE 250<br>SOUTHFIELD, MI 48075 | ACCT FOR TRUSTEE FEES P/O 11/19/20<br>PREVIOUSLY PAID: $33,995.00<br>PAID IN FULL | 3410-000 | | 67,990.00 | 349,273.08 |
| C 03/02/21 | 002011 | SIMON, STELLA & ZINGAS, P.C.<br>645 GRISWOLD<br>SUITE 3466<br>DETROIT, MI 48226 | ATTY FOR TRUSTEE FEE P/O 01/21/21<br>$81,550.00 (2ND FEE APP);<br>$91,385.00 (DEFERRED FROM 1ST FEE APP)<br>PAID IN FULL | 3110-000 | | 172,935.00 | 176,338.08 |
| C 03/02/21 | 002012 | SIMON, STELLA & ZINGAS, P.C.<br>645 GRISWOLD<br>SUITE 3466<br>DETROIT, MI 48226 | ATTY FOR TRUSTEE EXP P/O 01/21/21 | 3120-000 | | 583.84 | 175,754.24 |
| C 03/03/21 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 414.37 | 175,339.87 |
| C 03/04/21 | 9 | HUSSEIN A. HURAIBI, MD, PLLC | SETTLEMENT PAYMENT P/O 11/04/20 | 1249-000 | 6,125.00 | | 181,464.87 |
| C 03/23/21 | 002013 | ESTATE OF HUSSEIN A. HURAIBI<br>CASE NO. 19-45166-MLO | COMPROMISE P/O 03/09/21 | 9999-000 | | 50,000.00 | 131,464.87 |
| C 04/01/21 | 002014 | INTEGRATED HCS PRACTICE MANAGEMENT, LLC<br>C/O BRYAN MARCUS (P47125)<br>BRYAN D. MARCUS, P.C.<br>29488 WOODWARD AVE., SUITE 451<br>ROYAL OAK, MI 48073 | SECURED CL# 13A P/O 03/30/21<br>PAID IN FULL | 4110-000 | | 99,115.00 | 32,349.87 |
| C 04/02/21 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 264.79 | 32,085.08 |
| C 04/05/21 | 9 | HUSSEIN A. HURAIBI, MD, PLLC | SETTLEMENT PAYMENT P/O 11/04/20 | 1249-000 | 6,125.00 | | 38,210.08 |
| C 05/03/21 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 89.39 | 38,120.69 |
| C 05/04/21 | 9 | HUSSEIN A. HURAIBI, MD, PLLC | SETTLEMENT PAYMENT P/O 11/04/20 | 1249-000 | 6,125.00 | | 44,245.69 |
| C 06/01/21 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 48.20 | 44,197.49 |
| C 06/08/21 | 9 | HUSSEIN A. HURAIBI, MD, PLLC | SETTLEMENT PAYMENT P/O 11/04/20 | 1249-000 | 6,125.00 | | 50,322.49 |
| C 07/01/21 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 52.24 | 50,270.25 |
| C 07/06/21 | 9 | HUSSEIN A. HURAIBI, MD, PLLC | SETTLEMENT PAYMENT P/O 11/04/20 | 1249-000 | 6,125.00 | | 56,395.25 |

| Case No: | 15-53145 -MLO | Trustee Name: | BASIL T. SIMON, TRUSTEE |
|---|---|---|---|
| Case Name: | INTEGRATED HEALTH GROUP, P.C. | Bank Name: | Axos Bank |
| | | Account Number / CD #: | *******0076 Checking |
| Taxpayer ID No: | *******2105 | | |
| For Period Ending: | 03/31/22 | Blanket Bond (per case limit): | $ 2,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) / Disbursements ($) | Account / CD Balance ($) |
| C 08/02/21 | | Axos Bank | BANK SERVICE FEE | 2600-000 | 61.18 (D) | 56,334.07 |
| C 08/03/21 | 9 | HUSSEIN A. HURAIBI, MD, PLLC | SETTLEMENT PAYMENT P/O 11/04/20 | 1249-000 | 6,125.00 | 62,459.07 |
| C 09/01/21 | | Axos Bank | BANK SERVICE FEE | 2600-000 | 68.53 (D) | 62,390.54 |
| C 09/07/21 | 9 | HUSSEIN A. HURAIBI, MD, PLLC | SETTLEMENT PAYMENT P/O 11/04/20 | 1249-000 | 6,125.00 | 68,515.54 |
| C 10/01/21 | | Axos Bank | BANK SERVICE FEE | 2600-000 | 71.90 (D) | 68,443.64 |
| C 10/05/21 | 9 | HUSSEIN A. HURAIBI, MD, PLLC | SETTLEMENT PAYMENT P/O 11/04/20 | 1249-000 | 6,125.00 | 74,568.64 |
| C 11/01/21 | | Axos Bank | BANK SERVICE FEE | 2600-000 | 81.46 (D) | 74,487.18 |
| C 11/02/21 | 9 | HUSSEIN A. HURAIBI, MD, PLLC | SETTLEMENT PAYMENT P/O 11/04/20 | 1249-000 | 6,125.00 | 80,612.18 |
| C 11/30/21 | 9 | HUSSEIN A. HURAIBI, MD, PLLC | SETTLEMENT PAYMENT P/O 11/04/20 | 1249-000 | 6,125.00 | 86,737.18 |
| C 12/01/21 | | Axos Bank | BANK SERVICE FEE | 2600-000 | 86.13 (D) | 86,651.05 |
| C 12/15/21 | 002015 | INSURANCE PARTNERS 2950 WEST MARKET STREET AKRON, OH 44333 | 2022 BLANKET BOND/INV# 825963 | 2300-000 | 88.10 (D) | 86,562.95 |
| C 01/03/22 | | Axos Bank | BANK SERVICE FEE | 2600-000 | 95.64 (D) | 86,467.31 |
| C 01/04/22 | 9 | HUSSEIN A. HURAIBI, MD, PLLC | SETTLEMENT PAYMENT P/O 11/04/20 | 1249-000 | 6,125.00 | 92,592.31 |
| C 02/01/22 | 3 | CONGRESS COLLECTION | ACCOUNT RECEIVABLE | 1121-000 | 55.00 | 92,647.31 |
| C 02/01/22 | 9 | HUSSEIN A. HURAIBI, MD, PLLC | SETTLEMENT PAYMENT P/O 11/04/20 | 1249-000 | 6,125.00 | 98,772.31 |
| C 02/01/22 | | Axos Bank | BANK SERVICE FEE | 2600-000 | 101.58 (D) | 98,670.73 |
| C 03/01/22 | 002016 | SIMON, STELLA & ZINGAS, P.C. 645 GRISWOLD SUITE 3466 DETROIT, MI 48226 | ATTY FOR TRUSTEE FEE P/O 02/25/22 | 3110-000 | 65,170.67 (D) | 33,500.06 |
| C 03/01/22 | | Axos Bank | BANK SERVICE FEE | 2600-000 | 98.40 (D) | 33,401.66 |
| C 03/03/22 | 9 | HUSSEIN A. HURAIBI, MD, PLLC | SETTLEMENT PAYMENT P/O 11/04/20 | 1249-000 | 6,125.00 | 39,526.66 |
| C 03/08/22 | 3 | CONGRESS COLLECTION | ACCOUNT RECEIVABLE | 1121-000 | 495.53 | 40,022.19 |

| Case No: | 15-53145 -MLO | Trustee Name: | BASIL T. SIMON, TRUSTEE |
|---|---|---|---|
| Case Name: | INTEGRATED HEALTH GROUP, P.C. | Bank Name: | Axos Bank |
| | | Account Number / CD #: | *******0076 Checking |
| Taxpayer ID No: | *******2105 | | |
| For Period Ending: | 03/31/22 | Blanket Bond (per case limit): | $ 2,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

\* Reversed
t Funds Transfer
C Bank Cleared

**Account *******0076**

| | | | |
|---|---|---|---|
| Balance Forward | 0.00 | | |
| 48 Deposits | 482,407.93 | 17 Checks | 575,709.49 |
| 0 Interest Postings | 0.00 | 13 Adjustments Out | 1,533.81 |
| | | 0 Transfers Out | 0.00 |
| Subtotal | $ 482,407.93 | | |
| | | Total | $ 577,243.30 |
| 0 Adjustments In | 0.00 | | |
| 1 Transfers In | 134,857.56 | | |
| Total | $ 617,265.49 | | |

**Report Totals**

| | | | |
|---|---|---|---|
| Balance Forward | 0.00 | | |
| 120 Deposits | 652,692.04 | 29 Checks | 605,581.91 |
| 0 Interest Postings | 0.00 | 49 Adjustments Out | 7,087.94 |
| | | 1 Transfers Out | 134,857.56 |
| Subtotal | $ 652,692.04 | | |
| | | Total | $ 747,527.41 |
| 0 Adjustments In | 0.00 | | |
| 1 Transfers In | 134,857.56 | | |
| Total | $ 787,549.60 | Net Total Balance | $ 40,022.19 |